McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
2500 Tulare Street, Ste. 4401
Fresno, CA 93721
Telephone: (559) 497-4036

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA WATROUS,                ) | 1:04-CV-05893 SMS |
| )            Plaintiff,        ) | STIPULATION AND ORDER AWARDING EAJA ATTORNEY FEES |
| v.                             ) | |
| JO ANNE B. BARNHART,           ) Commissioner of Social          ) Security,                       ) | |
| )            Defendant.        ) | |
| _____) | |

    IT IS HEREBY STIPULATED by the parties through their undersigned counsel, subject to the approval of the Court, that counsel for plaintiff be awarded attorney fees under the Equal Access to Justice Act in the amount of FOUR THOUSAND DOLLARS AND NO CENTS ($4,000.00). This amount represents compensation for legal services rendered on behalf of plaintiff by plaintiff's attorney in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. § 2412(d).

///

///

1

1 | This stipulation constitutes a compromise settlement of
2 | plaintiff's request for EAJA attorney fees and does not constitute
3 | an admission of liability on the part of defendant under the EAJA.
4 | Payment in the aforementioned sum under EAJA shall constitute a
5 | complete release from and bar to any and all claims, rights,
6 | causes of action, liens or subrogated interests relating to
7 | attorneys fees incurred in this action under EAJA.

8 | The settlement of plaintiff's claim for EAJA attorney fees
9 | does not preclude plaintiff's counsel from seeking attorney fees
10 | under 42 U.S.C. § 406 of the Social Security Act, subject to the
11 | offset provisions of the law.

Respectfully submitted,

Dated: October 30, 2006          McGREGOR W. SCOTT
                                 United States Attorney


                                 /s/ Kristi C. Kapetan
                                 KRISTI C. KAPETAN
                                 Assistant U.S. Attorney


Dated: October 26, 2006          /s/ Denise Bourgeois Haley
                                 DENISE BOURGEOIS HALEY
                                 Attorney for Plaintiff


IT IS SO ORDERED.

**Dated:   October 31, 2006**              /s/ **Sandra M. Snyder**
icido3                           UNITED STATES MAGISTRATE JUDGE

2